OPINION — AG — ** SCHOOLS — UNIONS — BARGAINING AGENT ** THE DUTY TO NEGOTIATE IN GOOD FAITH PURSUANT TO 70 O.S. 509.6 [70-509.6] REQUIRES THAT BORADS OF EDUCATION AND REPRESENTATIVES OF SCHOOL EMPLOYEES ORGANIZATIONS TREAT EXTRA DUTY COMPENSATION PAID MEMBERS OF AN APPROPRIATE COLLECTIVE BARGAINING UNIT, PURSUANT TO 70 O.S. 509.2 [70-509.2](A)(1)-(3) AS MANDATORY SUBJECT OF BARGAINING. DUE TO THE AMENDMENT TO 70 O.S. 509.6 [70-509.6]. OPINION NO. 81-126 IS NO LONGER PERTINENT AND HIS HEREBY WITHDRAWN. (OVERTIME, COLLECTIVE BARGAINING) CITE: 70 O.S. 509.6 [70-509.6], 70 O.S. 5-117 [70-5-117](3) 70 O.S. 509.2 [70-509.2](A)(1), 29 U.S.C.A. 159(A) (NED BASTOW) ** SEE OPINION NO. 91-632 (1991) ** SEE OPINION NO. 93-509 (1993) **